IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DOUGLAS HAMILTON                                                                    PLAINTIFF

v.                                      CASE NO. 2:19-CV-2130

ANDREW M. SAUL, Commissioner,
Social Security Administration                                                      DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc. 12) from United States Magistrate Judge Barry A. Bryant. There have been no objections. The Magistrate recommends that the Court grant Defendant's Motion to Dismiss (Doc. 9). After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Defendant's Motion to Dismiss is GRANTED, and Plaintiff's case is DISMISSED WITH PREJUDICE. Judgment will be entered accordingly.

**IT IS SO ORDERED** this February 6, 2020.

/s/ P. K. Holmes III
P. K. HOLMES III
U.S. DISTRICT JUDGE