IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DOUGLAS HAMILTON                                                                        PLAINTIFF

v.                                         CASE NO. 2:19-CV-2130

ANDREW M. SAUL, Commissioner,
Social Security Administration                                                          DEFENDANT

## **JUDGMENT**

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's case is **DISMISSED WITH PREJUDICE.**

IT IS SO ADJUDGED this February 6, 2020.

/s/ P. K. Holmes III
P. K. HOLMES III
U.S. DISTRICT JUDGE